# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2012

Robert P. Young, Jr.,
Chief Justice

145153

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARKELL VANSLEMBROUCK, a legally
incapacitated Minor, by and through her
Conservator, ERIC BRAVERMAN,
           Plaintiff-Appellee,

and

KIMBERLY A. VANSLEMBROUCK,
           Plaintiff,

v

ANDREW JAY HALPERIN, M.D. and
WILLIAM BEAUMONT HOSPITAL,
           Defendants-Appellants,

and

MICHIGAN INSTITUTE OF
GYNECOLOGY AND OBSTETRICS, P.C.,
           Defendant.

SC:  145153
COA:  309680
Oakland CC:  2006-074585-NH

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2012

_____
                                    Clerk

h1204